■ JOSEPH GERBER et al., as Administrators of the Estate of SARAH GERBER, Deceased, Respondents, v LONG BEACH HOSPITAL et al., Appellants.—Appeal by the defendants from stated portions of an order of the Supreme Court, Nassau County (Collins, J.), dated December 10, 1989.

Ordered that the order is affirmed insofar as appealed from, with one bill of costs payable by the appellants appearing separately and filing separate briefs, for reasons stated by Justice Collins at the Supreme Court. Kunzeman, J. P., Kooper, Sullivan and Lawrence, JJ., concur.